UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN RE:     CASE NO:

LARRY V. HIGH     09-05843-8-RDD
    DEBTOR     CHAPTER 7

### Report of Small Dividends Under Bankruptcy Rule 3010

Under Bankruptcy Rule 3010, Small Dividends and Payments in Chapter 7 Liquidation, no dividend in an amount less than $5 shall be distributed to any creditor unless authorized by local rule or order of the court.  A list of all known names and addresses of the entities and the amounts which they are entitled to be paid from the remaining property of the estate shall be filed with the clerk.

| Claim No. | Name and Last Known Address of Claimant | Amount of Dividend |
|---|---|---|
| 8 | Powell's Garage, Inc.<br>1507 Hwy 48<br>Roanoke Rapids, NC 27870 | $3.55 |
| 12 | Lynch's Office Supply Co., Inc.<br>P.O. Box 1109<br>Roanoke Rapids, NC 27870 | $0.22 |
|   |   | $3.77 |

Dated: February 23, 2011

    /s/ Walter L. Hinson
Walter L. Hinson, Trustee
State Bar No:  5664
WALTER L. HINSON, P.A.
P.O. Box 7479
Wilson, NC 27895-7479
Telephone (252) 291-1746
Telecopier (252) 291-2521

Attachment:  1 Check

CERTIFICATE OF SERVICE

I, Ann B. Hinson, of the law firm of Hinson & Rhyne, P.A., of P. O. Box 7479, Wilson, North Carolina, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age.

That on _February 23, 2011____, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. By filing the pleading using the CM/ECF system, the parties listed below will either receive notification of such filing by way of CM/ECF or by depositing copies thereof in the United States mail, first class mail, postage prepaid, an envelope addressed as shown below.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 23, 2011

/s/ Ann B. Hinson
Ann B. Hinson, Paralegal
Hinson & Rhyne, P.A.
P. O. Box 7479
Wilson, NC  27895-7479
(252) 291-1746

RECIPIENTS:

Bankruptcy Administrator
P.O. Box 3758
Wilson, NC 27895